IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00205-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  TODD CROW,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss [Docket No. 109]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss [Docket No. 109] is granted. Counts three and five of the Indictment are dismissed as to defendant Todd Crow only.

DATED December 11, 2015.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge